UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

NEIL JASON WILLIAMS          27225

(Enter above the full name of the plaintiff
or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 1:13-cv-33488
(Number to be assigned by Court)

HONORABLE DAVID J. SIMS (WHILE ACTING UNDER COLOR OF LAW AND) (IN INDIVIDUAL CAPACITY); SCOTT SMITH, ESQ (WHILE ACTING UNDER COLOR OF LAW AND IN INDIVIDUAL CAPACITY)

(Enter above the full name of the defendant
or defendants in this action)

FILED
DEC 30 2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**COMPLAINT**

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:   NA

   Plaintiffs: _____
   _____
   _____

   Defendants: _____
   _____
   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** MCDOWELL CO. CORR. COMPLEX

    A. Is there a prisoner grievance procedure in this institution? NA

        Yes _____ No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____ No _X_

    C. If you answer is YES:

        1. What steps did you take? NA

        2. What was the result? NA

    D. If your answer is NO, explain why not: NA

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: NEIL WILLIAMS 27225

        Address: 50 COURT ST., WELCH, WV 24801

    B. Additional Plaintiff(s) and Address(es): NA

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.　Defendant: _HONORABLE DAVID J. SIMS_

　　is employed as: _JUDGE - OHIO COUNTY COURT_

　　at _1500 CHAPLAIN ST, WHEELING, WV 26003_

D.　Additional defendants: _SCOTT SMITH, OHIO CO. PROS,_
_SAME ADDRESS._

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_UPON SUBMISSION OF HABEAS FILINGS, WHERE CLAIM OF NEW EVIDENCE WERE OFFERED PROOVING PLAINTIFF WAS DENIED DUE PROCESS AND EQUAL PROTECTIONS GUARANTEES UNDER THE 6TH, 8TH AND 14TH AMENDMENT, WHICH RESULTED IN CONVICTION AND COERCED INVOLUNTARY PLEA, SENTENCE AND INCARCERATION, WHILE INCAPACITATED. DENIALS OF HEARING, COUNSEL, WITNESS, AND RIGHT TO_

IV. **Statement of Claim (continued):**

ACCESS AND TO BE HEARD BEING DENIED, ON ALL FILING OCCASIONS. RIGHT TO BE PART OF THE PROCEEDINGS AND HAVE COMPETENT COUNSEL TO PRESENT WITNESSES AND TO FILE APPROPIATE PAPERS AND MOTIONS DENIED IN FACE OF NEW EVIDENCE AND A CHANGE IN LAW FAVORABLE TO THIS PLAINTIFF. ALL VIOLATIONS COMMITTED WHILE ACTING UNDER COLOR OF STATE LAW.

V. **Relief**

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

1. CONVENE A JURY TRIAL
2. CAUSE DEFENDANTS TO BEAR THE COSTS AND CAUSE APPROPIATE REIMBURSEMENTS
3. RENDER PUNITIVE JUDGMENT APPROPRIATE TO VIOLATIONS SUFFERED
4. GRANT COMPENSATORY JUDGMENT AND DAMAGES AT A RATE CURRENTLY PERMITTED
5. OTHER RELIEF NOT KNOWN TO SPECIFY DUE TO LACK OF COUNSEL

V.  **Relief (continued)):**

_____

_____

_____

_____

_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

           NA

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes __X__        No _____

    If so, state the name(s) and address(es) of each lawyer contacted:

    NO REPLIES

    If not, state your reasons: _____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____        No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this __23rd__ day of __DECEMBER__, 20 _13_.

_Neil Jason Williams_
_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 23, 2013__.
            (Date)

_Neil Williams_
_____
Signature of Movant/Plaintiff

_____
**Signature of Attorney**
**(if any)**

7